```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA

           CASE NO. 16-60743-CIV-ZLOCH
```

JULIUS SEILER,

      Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

J & S BAGELS, LLC, d/b/a,
BAGELS & A WHOLE LOT MORE,

      Defendants.

_____/

    THIS MATTER is before the Court upon the Stipulation Of Dismissal With Prejudice (DE 7) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Stipulation Of Dismissal With Prejudice (DE 7) filed herein by all Parties be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___29th___ day of June, 2016.



                WILLIAM J. ZLOCH
                United States District Judge

Copies furnished:

All Counsel of Record